UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIGANGHI MAYNARD,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SERVICES, INC., et al.,<br>Defendants. | No. 2:26-cv-00450-DAD-AC<br><br><u>ORDER SUBMITTING CLAIMS AGAINST DEFENDANT GOLDEN 1 CREDIT UNION TO ARBITRATION AND STAYING ACTION AS TO DEFENDANT GOLDEN 1 CREDIT UNION PURSUANT TO THE PARTIES' STIPULATION</u><br><br>(Doc. No. 29) |

On July 29, 2026, plaintiff and defendant Golden 1 Credit Union (collectively, the "parties") filed a stipulation notifying the court that they have agreed to submit this matter to binding arbitration pursuant to the parties' Arbitration Agreement. (Doc. No. 29.) Pursuant to the stipulation, and good cause appearing, the court orders as follows:

1. Plaintiff's claims in this action against defendant Golden 1 Credit Union shall be submitted to binding arbitration in accordance with the terms of the parties' Arbitration Agreement;
2. This action shall be STAYED as to defendant Golden 1 Credit Union pending arbitration, and all currently calendared dates in this action pertaining to defendant Golden 1 Credit Union are VACATED; and

3. The parties are directed to file a status report ninety (90) days following the issuance of this order and every ninety (90) days thereafter regarding the status of arbitration proceedings.

IT IS SO ORDERED.

Dated: **October 27, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE